# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

INDUSTRIAL COMPONENTS OF LATIN
AMERICA, INC.,

    Plaintiff,

v.                                          CASE NO. 8:18-cv-1885-T-02AAS

SYNTRON MATERIAL HANDLING, LLC,

    Defendant.
_____/

## O R D E R

The Court has now reviewed the entire record and is prepared to rule. The hearing set for next week is cancelled as unnecessary. The Court enters this Order on docket 8 (Defendant's Motion to Dismiss) and docket 9 (Defendant's Motion for Summary Judgment).

Concerning the Motion to Dismiss Count II, the Court denies without prejudice. Defendant may reassert a motion for summary judgment as to this statutory issue. In a precatory note to Plaintiff, this Court has an initial hesitancy to strike as unconstitutional part of a foreign state's statute to permit the statute (once "amended" by this Court's "blue pencil") to be used as a sword.

Concerning the Motion for Summary Judgment, Defendant seeks to bar the claim due to accord and satisfaction. In other words, Defendant contends Plaintiff

agreed to take the $24,320.94 check as full settlement of the debt.  A letter transmitting the check "representing the final commission payment owed to you per our calculations" is insufficient to establish, as a matter of law and fact at this early juncture, a final accord and satisfaction.

Plaintiff points out that discovery has yet to begin in this matter.  At this stage, viewing the record in a light most favorable to the nonmovant, Defendant has not shown itself entitled to prevail as a matter of law and uncontested fact under the doctrine of accord and satisfaction.  *Heuser v. Sunbelt Enterprises, Inc.*, 537 So.2d 1071, 1074 (Fla. 1st DCA 1989).  The Motion for Summary Judgment is denied without prejudice.

It is therefore **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (Dkt. 8) and Defendant's Motion for Summary Judgment (Dkt. 9) are denied without prejudice.

**DONE AND ORDERED** at Tampa, Florida, on December 11, 2018.

    s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record